UNITED STATES DISTRICT & BANKRUPTCY COURTS
DISTRICT OF IDAHO
U.S. COURTHOUSE
550 W. FORT STREET
BOISE, ID 83724
(208) 334-1361

October 9, 2024

Robert E. Peterson
404 Washington Street
PO Box 101
Smelterville, ID 83868

Case Name: Robert E. Peterson v. Unknown Agents of ATF and FBI, et al
Case No: 2:23-cv-544-BLW

      Please be advised that the 90 day time limit for service on Summons in the above-captioned matter has expired. The Court will consider a reasonable extension of that time upon a proper showing and petition to extend. Absent such a petition, this cause will be submitted to the Court on October 30, 2024 for involuntary dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Sincerely,
Stephen W. Kenyon, Clerk of Court

By: /s/
Jamie Gearhart
Deputy Clerk