ROBERT E. PETERSON
404 Washington St.
P. O. Box 101
Smelterville, Idaho 83868
(509) 714-9759
Repete4one@yahoo.com

Petitioner in Pro Per

U.S. COURTS

OCT 17 2024
Counter
Rcvd___ Filed___ Time 1:55pM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. PETERSON, | CASE NO. 2:23-CV-544-BLW |
| Plaintiff, | |
| vs. | PETITION FOR EXTENSION OF TIME |
| DARRELL MICHAEL GUNDERSON, | PERSUANT TO FRCP 4(m) |
| HOLLY LINDSEY, BENJAMIN ALLEN, | |
| KEISHA OXENDINE, SCOTT WAYMAN, | |
| LAWRENCE WADSEN, KENNETH K. | |
| JORGENSEN, IDAHO COURT OF APPEALS, | |
| IDAHO SUPREME COURT, TARA JONES, | |
| MICHAEL NORTHCUTT, DIRECTOR OF | |
| ATF, UNKNOWN AGENTS OF ATF AND | |
| FBI. | |
| Defendants. | |

1

COMES NOW the Plaintiff in the above titled case and respectfully requests this Court to extend time for service of the Complaint and Summons pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for the following reasons:

The Plaintiff, when filing this case in the Coeur D'Alene Idaho offices of this Court, was advised by the clerk who accepted this case for filing that because Plaintiff had filed this case in Forma Pauperis Plaintiff would be advised by this Court when to serve all Defendants with the Summons and Complaint AFTER the issue of Forma Pauperis was determined.

After being advised by this Court that Plaintiff's application to proceed in Forma Pauperis was denied and Plaintiff was ordered to pay the filing fees, which Plaintiff did in a timely manner, Plaintiff received no further notice to proceed with the service of Summons and Complaint in this matter.

Plaintiff discovered this issue only when Plaintiff called the Court coordinator and was advised of this issue. Plaintiff has prepared and served the Summons and Complaint as evidenced by the enclosed copies of the Summons and Proof of Service.

It is Plaintiff's prayer to this Court that time is which to serve such Summons and Complaint on all parties be extended to at least the date of service indicated on the enclosed documents.

Respectfully submitted by the undersigned Plaintiff.

Date:

Robert E Peterson

# PROOF OF SERVICE

This Petition For Extension Of Time was served to:

  Darrell Michael Gunderson, 717 Bank St., Wallace, ID 83873;

  Holly Lindsey, 717 Bank St., Wallace, ID 83873;

  Benjamin Allen, 700 Bank St., Wallace, ID 83873;

  Keisha Oxendine, 700 Bank St., Wallace, ID 83873;

  Scott Wayman, 700 Bank St., Wallace, ID 83873;

  Tara Jones, 451 W. State St., P.O. Box 83720, Boise ID 83720;

  Idaho State Court of Appeals, 451 W. State St., P.O. Box 83720, Boise, ID 83720

  Idaho State Supreme Court, 451 W. State St., P.O. Box 83720, Boise ID 83720;

  Kenneth K. Jorgensen, P.O. Box 8372, Boise ID 83720-0010;

  Lawrence Wasden, P.O. Box 8372, Boise, ID 83720-0010.

was served pursuant to Federal Rules of Civil Procedure 4(j)(2)(B) and Idaho Rules of Civil Procedure Rule 4(g)(1)(C) by personal delivery of a copy of Case No CV-23-0544-BLW, along with this summons, to the United States Postal Service, postage prepaid, return receipt requested on October , 2024.

I declare under penalty of perjury that this information is true.

Date:              Signed:

                     Robert E Peterson

                     404 Washington St., Smelterville, ID 83868

## PROOF OF SERVICE

This Petition For Extension Of Time for Steven Michael Dettlebach, Six Unknown Agents of the ATF and FBI and Michael Northcutt (ATF Agent) was served pursuant to Federal Rules of Civil Procedure 4(i)(A)(i) by personally delivery a copy of Case No CV-23-0544-BLW, along with this summons, to the Clerk at the United States Attorney's Office located in Coeur D'Alene Idaho on October        , 2024.

I declare under penalty of perjury that this information is true.

Date:                                                                    Signed:

                                                                         Robert E Peterson

                                                                         x404 Washington St., Smelterville, ID 83868