UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT E. PETERSON,<br><br>    Plaintiff,<br>v.<br><br>DARRELL MICHAEL GUNDERSON; HOLLY LINDSEY; BENJAMIN ALLEN; KEISHA OXENDINE; SCOTT WAYMAN; LAWRENCE WASDEN; KENNETH K. JORGENSEN; IDAHO COURT OF APPEALS; IDAHO SUPREME COURT; TARA JONES; MICHAEL NORTHCUT, Director of ATF, UNKNOWN AGENTS OF ATF AND FBI,<br><br>    Defendants. | Case No. 2:23-cv-00544-DCN<br><br>**ORDER** |

On December 2, 2024, District Judge B. Lynn Winmill granted Plaintiff Robert Peterson's Motion for an Extension of Time to serve Defendants. Dkt. 7. The Court warned Peterson that his failure to serve Defendants by February 2, 2025, could result in the dismissal of his Complaint without prejudice pursuant to Federal Rule of Civil Procedure 4(m). This case has since been reassigned to the undersigned. Dkt. 8.

The deadline for Peterson to serve Defendants passed over two months ago. Peterson has not served Defendants in accordance with the requirements of Federal Rule of Civil Procedure 4. Peterson, in fact, has made no filing whatsoever, and the case has been at a standstill. Accordingly, in line with Federal Rule of Civil Procedure 1, Peterson's Complaint is DISMISSED WITHOUT PREJUDICE and the case is now CLOSED.

ORDER - 1

## I. ORDER

1. Plaintiff Robert Peterson's Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. The case is now **CLOSED**.

DATED: April 10, 2025

_____
David C. Nye
Chief U.S. District Court Judge