## PROOF OF SERVICE

This summons for Steven Michael Dettlebach, Six Unknown Agents of the ATF and FBI and Michael Northcutt (ATF Agent) was served pursuant to Federal Rules of Civil Procedure 4(i)(A)(i) by personally delivery a copy of Case No CV-23-0544-BLW, along with this summons, to the Clerk at the United States Attorney's Office located in Coeur D'Alene Idaho on October    17   , 2024.

I declare under penalty of perjury that this information is true.

Date:   October 17, 2024                                                              Signed:

                                                                                                    Robert E Peterson

                                                                                         404 Washington St., Smelterville, ID 83868

**PROOF OF SERVICE**

This summons for: Darrell Michael Gunderson, 717 Bank St., Wallace, ID 83873;

Holly Lindsey, 717 Bank St., Wallace, ID 83873;

Benjamin Allen, 700 Bank St., Wallace, ID 83873;

Keisha Oxendine, 700 Bank St., Wallace, ID 83873;

Scott Wayman, 700 Bank St., Wallace, ID 83873;

Tara Jones, 451 W. State St., P.O. Box 83720, Boise ID 83720;

Idaho State Court of Appeals, 451 W. State St., P.O. Box 83720, Boise, ID 83720

Idaho State Supreme Court, 451 W. State St., P.O. Box 83720, Boise ID 83720;

Kenneth K. Jorgensen, P.O. Box 8372, Boise ID 83720-0010;

Lawrence Wasden, P.O. Box 8372, Boise, ID 83720-0010.

was served pursuant to Federal Rules of Civil Procedure 4(j)(2)(B) and Idaho Rules of Civil Procedure Rule 4(g)(1)(C) by personal delivery of a copy of Case No CV-23-0544-BLW, along with this summons, to the United States Postal Service, postage prepaid, return receipt requested on October   17   , 2024.

I declare under penalty of perjury that this information is true.

Date:   October 17, 2024                                                                                   Signed:

                                                                                                                              Robert E Peterson

                                                                                                                              404 Washington St., Smelterville, ID 83868

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Boise, ID 83720

Certified Mail Fee: $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: TARA JONES
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Boise, ID 83720

Certified Mail Fee: $4.85
Extra Services & Fees
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: JORGENSEN

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Boise, ID 83720

Certified Mail Fee: $4.85
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: ID SUPREME CRT

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Wallace, ID 83873

Certified Mail Fee: $4.85
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: SCOTT WAYMAN

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Boise, ID 83720

Certified Mail Fee: $4.85
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: COURT OF APPEALS

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Wallace, ID 83873

Certified Mail Fee: $4.85
Postage: $2.31
Total Postage and Fees: $11.26
Postmark Here: 10/17/2024

Sent To: KEISHA

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 1 (top left):**
- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Wallace, ID 83873
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $
- Postage: $2.31
- Total Postage and Fees: $11.26
- Postmark: 10/17/2024
- Sent To: BEN ALLEN
- PS Form 3800, January 2023 PSN 7530-02-000-9047

**Receipt 2 (top right):**
- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Wallace, ID 83873
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00
- Postage: $2.31
- Total Postage and Fees: $11.26
- Postmark: 10/17/2024
- Sent To: HOLLY LINSEY
- City, State, ZIP+4®: WALLACE, ID 83873
- PS Form 3800, January 2023 PSN 7530-02-000-9047

**Receipt 3 (bottom left):**
- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Wallace, ID 83873
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00
- Postage: $2.31
- Total Postage and Fees: $11.26
- Postmark: 10/17/2024
- Sent To: MIKE GUNDERSON
- City, State: WALLACE 83873
- PS Form 3800, January 2023 PSN 7530-02-000-9047

**Receipt 4 (bottom right):**
- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Boise, ID 83720
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $0.00
- Postage: $2.31
- Total Postage and Fees: $11.26
- Postmark: 10/17/2024
- Sent To: WASDEN
- PS Form 3800, January 2023 PSN 7530-02-000-9047

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KEISHA OXENDINE
   700 BANK ST
   WALLACE, ID 83873

   9590 9402 8400 3156 8594 54

2. Article Number (Transfer from service label)

   9 0710 5270 1758 7614 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Dan Merrill

C. Date of Delivery: 21 Oct 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BENJAMIN ALLEN
   700 BANK ST.
   WALLACE, ID 83873

   9590 9402 8400 3156 8594 61

2. Article Number (Transfer from service label)

   0710 5270 1758 7615 09

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Dan Merrill

C. Date of Delivery: 21 Oct 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SCOTT WAYMAN
   700 BANK ST.
   WALLACE, ID 83873

   9590 9402 8400 3156 8594 47

2. Article Number (Transfer from service label)

   0710 5270 1758 7614 86

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Dan Merrill

C. Date of Delivery: 21 Oct 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MICHAEL GUNDERSON
   717 BANK ST.
   WALLACE, ID 83873

   9590 9402 8400 3156 8594 78

2. Article Number (Transfer from service label)

   0710 5270 1758 7615 16

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Julie Dire  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Julie Dire
C. Date of Delivery: 10/21/24
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HOLLY LINDSEY
   717 BANK ST.
   WALLACE, ID 83873

   9590 9402 8400 3156 8594 85

2. Article Number (Transfer from service label)

   0710 5270 1758 7615 23

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Julie Dire  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Julie Dire
C. Date of Delivery: 10/21/24
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: (same checkboxes as above)

Domestic Return Receipt

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   IDAHO COURT OF APPEALS
   P.O. BOX 83720
   BOISE, ID 83720

   9590 9402 8400 3156 8595 08

2. Article Number (Transfer from service label)

   710 5270 1758 7614 55

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:

RECEIVED BY
OCT 22 2024
CENTRAL POSTAL SERVICES

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: (same checkboxes as above)

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TARA JONES
P.O. BOX 83720
BOISE, ID 83720

9590 9402 8400 3156 8594 30

2. Article Number (Transfer from service label)
9 0710 5270 1758 7614 79

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED BY CENTRAL POSTAL SERVICES OCT 2 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KENNETH JORGENSEN
P.O. BOX 83720
BOISE, ID 83720-0010

9590 9402 8400 3156 8595 15

2. Article Number (Transfer from service label)
710 5270 1758 7614 48

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED BY CENTRAL POSTAL SERVICES OCT 2 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LAWRENCE WASDEN
   P.O. BOX 8372
   BOISE, ID 83720-0010

   9590 9402 8400 3156 8595 22

2. Article Number (Transfer from service label)
   5849 0710 5270 1758 7614 31

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

RECEIVED BY
OCT 2 2024
CENTRAL POSTAL SERVICES

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ID. STATE SUPREME CRT
   P.O. BOX 83720
   BOISE, ID 83720

   9590 9402 8400 3156 8594 92

2. Article Number (Transfer from service label)
   3710 5270 1758 7614 62

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

RECEIVED BY
OCT 2 2024
CENTRAL POSTAL SERVICES

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt